**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.4)**
**Eastern Division**

Barry Sewall, et al.

Plaintiff,

v.

Case No.: 1:25−cv−07849
Honorable Sunil R. Harjani

Home Partners Holdings LLC, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, December 1, 2025:

MINUTE entry before the Honorable Sunil R. Harjani: In−person final fairness hearing held. As stated on the record, Plaintiffs' motion for final approval of proposed class action settlement [33]; motion for attorneys' fees, reimbursement of litigation and settlement administration expenses, and class service awards [35] are granted. Enter Order. Mailed notice. (kp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.