UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Barry Sewall, Shamika Gregory, Jerome Gregory, Frank Richmond, Michael McDermott, Kelley McDermott, Chance Gallo, Sheila Nasilasila, Erin Wise, Michael Curran, Christa Curran, Latrice Jones-Byrd, LaQuita Dasher, Ayoka Durham, Marcus Durham, Donna Sheard, Richard Allen, Gabrielle Todd, Gina Johnson, and Lionel Johnson each individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Home Partners Holdings LLC, and OPVHHJV LLC, d/b/a Pathlight Property Management,<br><br>Defendants. | Court File No.: 1:25-cv-07849<br><br>Honorable Sunil R. Harjani<br>Magistrate Judge Maria Valdez |

**ORDER ON ATTORNEYS' FEES, REIMBURSEMENT OF LITIGATION AND SETTLEMENT ADMINISTRATION EXPENSES, AND CLASS SERVICE AWARDS**

This Court, having considered Plaintiffs' Motion for Payment of Attorneys' Fees, Reimbursement of Litigation and Settlement Administration Expenses, and Class Representative Service Awards, and the declarations in support thereof (collectively, the "Motion"), and after a duly noticed hearing, hereby finds:

1. Plaintiffs seek (a) an award of attorneys' fees in the amount of $10,950,000 (b) reimbursement of $1,194,359.76 for current and ongoing litigation expenses, and (c) service awards for the Class Representatives.

1

2. The amount of attorneys' fees requested is fair and reasonable under the percentage-of-the-fund method, which is confirmed by a lodestar "cross-check." An award of $10,950,000 is reasonable and warranted for the reasons set forth in the Motion, including the following: the outstanding result obtained for the Settlement Class—payment by Defendants of a $34,000,000 common fund; the quality and quantity of work performed by Class Counsel since 2022 in zealously representing the Settlement Class, including extensive motion practice, substantial discovery, and successful class certification, all involving complex issues of fact and law; and the risks faced throughout the litigation, which existed from the outset. The attorneys' fees requested were entirely contingent upon a successful outcome for the Settlement Class, which was never guaranteed.

3. The Court finds that all counsel's lodestar since the inception of the case through February 28, 2025, is $9,700,943.90, and that such a lodestar is reasonable given the extensive scope of the underlying Class Action Matters and this case. Plaintiffs' requested fee award of $10,950,000 represents a multiplier of 1.12. Class Counsel will continue to incur attorneys' fees, which are not included in this Motion.

4. In addition to expending time and effort, Class Counsel advanced substantial costs and expenses in prosecuting the litigation with no guarantee of compensation. From March 3, 2022, through October 10, 2025, Class Counsel and Colorado appellate counsel have incurred $1,194,359.76 in unreimbursed litigation costs and expenses. The Court has reviewed these expenses and approves them as reasonable and necessary to the litigation.

5. The Court appointed EisnerAmper ("EAG") as Settlement Administrator. The Court authorizes up to $175,000 in payment to EAG.

6. Throughout the case, each of the Class Representatives have kept apprised of the status of the litigation and actively cooperated with Class Counsel, including by responding to written discovery, appearing for depositions, participating in hearings or mediation, and engaging in other efforts necessary to fulfill their duties as Class Representatives, depending on the needs of the particular Class Action Matter. Therefore, the Court approves the request for service awards as follows:

   a. Minnesota Subclass Representatives Barry Sewall and Shamika and Jerome Gregory: $14,000 to each Lease Household.

   b. Washington Subclass Settlement Class Representatives Frank Richmond, Kelley and Michael McDermott: $14,000 to each Lease Household.

   c. Washington Subclass Settlement Class Representatives Chance Gallo, Sheila Nasilasila, and Erin Wise: $6,000 to each Lease Household.

   d. Colorado Subclass Settlement Class Representatives Christa and Michael Curran: $5,000.

   e. Multistate Class Representatives Latrice Jones-Byrd and LaQuita Dasher: $5,000 each.

   f. Multistate Settlement Class Representatives Donna Sheard and Richard Allen, Gabrielle Todd, Gina and Lionel Karl Johnson, and Ayoka and Marcus Durham: $4,000 to each Lease Household.

3

7. In the Court-approved notice (*see* Doc. 24), Class Counsel informed all Settlement Class members that they would bring this Motion and seek (1) an award of attorneys' fees in an amount up to $11,300,000; (2) an estimated $1,175,000 in reimbursement of current and on-going litigation expenses; (3) an estimated $200,000 to pay the costs for notice, approval, and administration of the claims process; and (4) Class Representative service awards not to exceed $105,000 collectively. The notice also told Settlement Class members that they could access a copy of the Motion and supporting papers on the case website. The deadline for Class Members to object to this Motion was October 20, 2025.

8. The Court finds that this notice, which includes individual notice to all members of the Settlement Class who could be identified through reasonable efforts, was the most effective and practicable under the circumstances; that it provided due and sufficient notice of the proceedings and of the matters set forth therein, including the Motion, to all persons entitled to such notice; and that it fully satisfied the requirements of Rules 23(c)(2) and 23(e)(1) of the Federal Rules of Civil Procedure and the requirements of due process.

9. Therefore, upon consideration of Plaintiffs' Motion, and based upon all matters of record in this action, the Court hereby finds that: (1) the requested attorneys' fees are warranted and just; (2) the expenses Class Counsel have incurred and anticipate in this litigation are necessary, reasonable, and proper, and (3) the requested Settlement Class Representative service awards are warranted and just.

10. Having considered Plaintiffs' Motion for Interim Payment of Attorneys'

Fees, Reimbursement of Expenses, and Class Representative Service Awards **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:**

1. Plaintiffs' request for attorneys' fees in the amount of $10,950,000 is **GRANTED**.

2. Plaintiffs' request for $1,194,359.76 for litigation costs and expenses, and $175,000 in settlement administration costs is **GRANTED**.

3. Plaintiffs' request for service awards for each of the Class Representatives, as set forth in paragraph 6, above, is **GRANTED**.

4. The Court, finding no just reason for delay, states that this Order shall be entered as of this date pursuant to Rule 54(b) of the Federal Rules of Civil Procedure.

IT IS SO ORDERED.

DATED: 12/1/2025

_____

Honorable Sunil R. Harjani
United States District Judge